**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR 126-003 |
| | * | |
| JAVED ASHIQ | * | |

# O R D E R

In the captioned criminal case, Defendant Javed Ashiq entered a plea of guilty to wire fraud conspiracy on April 13, 2026. The initial pre-sentence investigation report ("PSI") was prepared on June 5, 2026, and, after an objection period, the PSI was revised on July 17, 2026. (See Doc. No. 29, Final PSI.) Defendant appeared with counsel for sentencing on August 10, 2026. Because of information recently acquired by the United States Probation Officer, however, the revised PSI was withdrawn by the Probation Office with court approval.

After further investigation and study, the Probation Office submitted for counsel's review a Second Revised Presentence Investigation Report on August 18, 2026. (Doc. No. 33.) An informational copy of the Second Revised PSI was provided to the presiding judge as a courtesy.

Some provisions remain as they appeared in the Final PSI dated July 17, 2026. Other information, drawn principally from an

investigation performed by the Columbia County Sheriff's Office, focuses upon the details of the investigation, which illuminate critical factors of Defendant's motive, intent, and state of mind at the time of his arrest on August 16, 2024, and before, and therefore upon the extent of Defendant's involvement in the conspiracy, his knowledge of its details, and, potentially upon his acceptance of responsibility and the Court's consideration of a variance from the guideline range suggested by the Probation Office in the Second Revised PSI.

Currently, the Court is unaware of the number and nature of any objections which the defense may launch regarding the factual statements of the Second Revised PSI. While it is true that such questions may be clarified on or shortly after the September 1st deadline for the written submission of objections, the Court is inclined to avoid further unnecessary delay in the sentencing of this Defendant by directing certain anticipatory measures to ensure the availability of information bearing upon new material provided by the Probation Office in the Second Revised PSI.

Further, the Court notes the congressional statutory admonition contained in 18 U.S.C. § 3661 which unequivocally states:

> No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence.

Upon the foregoing and for the purpose of ensuring the presence of witnesses, documents, exhibits and other information necessary to the Court's complete understanding of this case and the Defendant's role therein, **IT IS HEREBY ORDERED** that the United States Attorney shall, as soon as practicable after learning the time, date, and place of the sentencing hearing in this matter, issue and serve appropriate subpoenas requiring at the sentencing hearing the presence of the lead investigators from the Columbia County Sheriff's Office together with all documents, objects, photographs, and electronic data retention devices in the possession of the Sheriff of Columbia County or the District Attorney for Columbia Judicial Circuit so that all inquiries relating to extractions from Defendant's telephones and statements made by Defendant relating to their investigation into this incident may be fully explored. **IT IS FURTHER ORDERED** that similar information and individuals shall be subpoenaed from the Sandy Springs Georgia Police Department.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of August, 2026.

Dudley H. Bowen Jr.

UNITED STATES DISTRICT JUDGE