**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

**UNITED STATES OF AMERICA**

**vs.** 1:26 CR 0003

**JAVED ASHIQ**

**Defendant**.

---

**TAKE NOTICE** that **at the direction of Judge Dudley H. Bowen, Jr.** a proceeding in the above criminal action has been set for the place, date and time set forth below.

---

**DATE AND TIME**: **TUESDAY, OCTOBER 6, 2026, at 10:00 AM**

Any requests for continuance or rescheduling should be submitted in the form of a motion and filed with the Clerk of Court.

Please allow extra arrival time to clear security at the door and be prepared to produce personal identification at the security desk when entering the building. Attorney vehicles may be parked within the campus.

---

**VENUE: FEDERAL JUSTICE CENTER**
**UNITED STATES DISTRICT COURT**
**600 JAMES BROWN BOULEVARD**
**COURTROOM 2**
**AUGUSTA, GEORGIA**

**NOTE: ENTER THE CAMPUS AT**
**THE GUARDHOUSE**
**600 JAMES BROWN BLVD**
**9TH STREET**

---

**PROCEEDINGS: SENTENCING HEARING**

---

DATE: September 10, 2026

I hereby certify that the foregoing notice was served on date of issuance to attorneys of record, court reporter, U.S. Probation Office, and U.S. Marshals Service via CM/ECF.

JOHN E. TRIPLETT, CLERK OF COURT
MORGAN AKINS, COURTROOM DEPUTY CLERK
706-849-4411